IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>          v.<br><br>SHIRLEY, EUGENE (4),<br><br>    Defendants. | Crim. No. 3:12-cr-00922 (PG) |

**CODEFENDANT EUGENE SHIRLEY'S
MOTION FOR JOINDER TO DOCKET ENTRY NO. 541**

      COMES NOW Eugene Shirley, through the undersigned attorney, and very respectfully states and prays as follows:

      1.    Codefendant Martin Thuna [1] filed a Motion for Extension of Time on August 27, 2014. **(Dkt. 541).**

      2.    [4] Eugene Shirley respectfully joins Codefendant Martin Thuna in Dkt. 541 for the same reasons set forth therein.

      3.    The undersigned attorney is actively reviewing discovery. Yet, given the amount of discovery that has been provided in this case, additional time is needed to review and address the Government's Amended Designation.

      RESPECTFULLY SUBMITTED

      In San Juan, Puerto Rico, this 29th day of August, 2014.

MELENDEZ TORRES LAW, PSC
MCS Plaza, Suite 715
255 Ponce de León Avenue
San Juan, PR 00917
Phone (787) 281-8100
Fax (787) 281-8310

*s/ Sonia I. Torres Pabón*
USDC-PR No. 209310
storres@melendeztorreslaw.com

## CERTIFICATION

IT IS HEREBY CERTIFIED that on this same date I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Sonia I. Torres Pabón*